HILMAR EHRMANN & COMPANY, Inc., appellant,

v.

WILLETT DISTILLING COMPANY, a corporation, appellee.

Court of Appeals of Kentucky.

May 28, 1954.

Louis Lusky, Louisville, for appellant.

Millard Cox, Louisville, for appellee.

PER CURIAM.

This case comes within the purview of KRS 21.080. It involves the use of "Cream

of Nelson", a tradename for whisky, a contract for the use thereof for a period of time, an injunction against the continued use thereof, and a cash judgment for $419.-60 and the refusal of an accounting.

Finding no error, the motion for an appeal is overruled and the judgment is affirmed.